UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KATHLEEN A. KRISTIANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:18-cv-00420-JAW |
| | ) | |
| TOWN OF KITTERY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

No objection having been filed to the Magistrate Judge's Recommended Dismissal filed on June 26, 2019 (ECF No. 11), the Recommended Dismissal is accepted.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

The Court AFFIRMS the Magistrate Judge's Recommended Decision. It is hereby ORDERED Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART. The Court GRANTS Defendants' Motion to Dismiss insofar as

dismissing the Kittery Police Department as a defendant and otherwise DENIES the motion.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2019