UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MAINE

| | |
|---|---|
| KATHLEEN A. KRISTIANSEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:18-cv-00420-JHR |
| ) | |
| TOWN OF KITTERY, et al ) | |
| ) | |
| Defendants ) | |

## ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL

## FOR THE PLAINTIFF

NOW COMES James P. Loring, Esquire, and pursuant to FRCP 83.2 respectfully requests that this Honorable Court allow him to withdraw as counsel for the Plaintiff.

In support thereof counsel states as follows:

1. That the Plaintiff has made the decision to proceed through Summary Judgment on a pro- se basis. Counsel notes that the Plaintiff has completed all of the necessary pleadings and that this case will not be delayed should the Court grant the instant Motion to Withdraw.

2. That counsel for the Defendants, Edward Benjamin, Esq. and Shasia Park, Esq. are aware of this Motion and the relief requested herein. The Defendants do not object to the instant Motion.

WHEREFORE, counsel respectfully requests that this Honorable Court allow James P. Loring, Esq., to withdraw as counsel for the Plaintiff, and for such other and further relief as this Court deems just.

Dated this 10th day of February, 2021

/s/ James P. Loring

James P. Loring, Esq.

240 Islington Street

P.O. Box 1515

Portsmouth, NH 03801

603-430-9322

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MAINE

| | |
|---|---|
| KATHLEEN A. KRISTIANSEN, ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> TOWN OF KITTERY, et al ) <br> ) <br> ) <br> Defendants ) | Case No. 2:18-cv-00420-JHR |

## NOTICE OF WITHDRAWAL

I, James P. Loring, Esq., do hereby withdraw my Appearance for the Plaintiff, Kathleen Kristiansen, in the above referenced case.

Dated this 10th day of February, 2021

*/s/ James P. Loring*_____

James P. Loring, Esq.

240 Islington Street

P.O. Box 1515

Portsmouth, NH 03801

603-430-9322

## **CERTIFICATION OF SERVICE**

I, James P. Loring, certify that I filed the above Motion to Withdraw as Counsel and Notice of Withdrawal with the Electronic Filing System and that it will immediately be made available to Edward Benjamin, Esq. and Shasia Park, Esquire, counsel for the Defendants.

Dated this 10th day February, 2021.

/s/ James P. Loring_____

James P. Loring, Esq.

240 Islington Street

P.O. Box 1515

Portsmouth, NH 03801

603-430-9322